# EXHIBIT A

**THOMAS E. HOOD**
A PROFESSIONAL CORPORATION
COUNSELLOR AT LAW
139 E. SEVENTH STREET
PLAINFIELD, NEW JERSEY 07060
(908) 757-7777
Fax (908) 757-7652

**THOMAS E. HOOD**

**ROBERT A. ROSENBLOOM\***
  Certified by the
  Supreme Court of New Jersey
  as a Civil Trial Attorney
\*Also New York Bar

*Peter.Hilton @ walmart.com*      June 30, 2022

Walmart Claim Services
P.O. Box 14731
Lexington, KY 40512-4731

Attn: Stephanie Farnum

    **RE: Adrienne Fischer v. Walmart, Inc., ABC Corp. 1-10 (said names being fictitious are unknown)**
       **Docket No.: MID-L-003204-22**

*File #10003079*

Dear Sir/Madam:

    Enclosed herewith are Summons and Complaint regarding the above-referenced matter.

    Service is being made upon you by virtue of N.J. Rule 4:4-4(a).

    Kindly forward these papers out to your insurance carrier.

    Thank you.

Very truly yours,

THOMAS E. HOOD

TEH/im
enc.

**THOMAS E. HOOD, P. A.**
Attorney I.D. No. **239531967**
139 East Seventh Street
Plainfield, NJ 07060
908-757-7777
Attorney for Plaintiff

| | |
|---|---|
| ADRIENNE FISHER, | SUPERIOR COURT OF NEW JERSEY |
| | LAW DIVISION |
| Plaintiff, | MIDDLESEX COUNTY |
| | DOCKET NO.: MID-L-003204-22 |
| vs. | |
| | Civil Action |
| WALMART, INC., ABC CORP., 1-10 (said names being fictitious are unknown) | |
| | **SUMMONS** |
| Defendants | |

The State of New Jersey to the defendants named above:    **WALMART, INC.**

    The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If your dispute this complaint, you or your attorney must file a 0written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date your received it. (The address of each deputy clerk of the Superior Court is provided.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, CN-971, Trenton, NJ 08625. A filing fee* payable to the Clerk of the Superior Court and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee and completed Case Information Statement) if you want the court to hear your defense.

    If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

    If you cannot afford an attorney, you may call the Legal Services office in the county where you live. A list of these offices is provided. If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A list of these numbers is also provided.

Dated: June 30, 2022
                                                                                                    */S/MICHELLE M. SMITH*
                                                                                                      MICHELLE M. SMITH
                                                                                                      Clerk of the Superior Court

Name of Defendant(s) to be Served:

                Walmart, Inc.                    Walmart Claims Services
                839 US Hwy 130              P.O. Box 14731
                East Windsor, NJ 08520     Lexington, KY 40512-4731

THOMAS E. HOOD, P.A.
139 E. 7th Street
Plainfield, NJ 07060
(908)757-7777
Attorney for plaintiff
Attorney ID 239531967

| | |
|---|---|
| ADRIENNE FISHER, | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: Middlesex COUNTY<br><br>DOCKET NO. |
| vs. | PREMISES COMPLAINT<br>DEMAND FOR JURY TRIAL |
| WALMART, INC., ABC CORP. 1-10<br>(said names being fictitious are<br>Unknown), | |

Plaintiff, Adrienne Fisher, residing at 4210 Quail Ridge Drive, Plainsboro, NJ, County of Middlesex, NJ, complaining of defendants, says:

1. On or about February 4, 2022, defendants Walmart and/or ABC Corp. 1-10 (said names being fictitious are unknown), were the owners and/or tenants in possession, and/or maintenance/service companies, in charge and control, responsible for the management, supervision, repair and maintenance or certain premises known as Walmart, in East Windsor, New Jersey, and /or were responsible for the reasonable care and safety and/or contracted with defendant Walmart, Inc. to provide cleaning and maintenance services, and/or maintained the floors at the store for the benefit of the safety of the shopping public such as plaintiff, Adrienne Fisher.

2. Defendants conduct business throughout the State of New Jersey and, in particular, at the East WindsorPlainsboro Wal-Mart.

3. At the above stated time and place, plaintiff, Adrienne Fisher, was lawfully upon the premises at the East Windsor, NJ Walmart.

4. At the above time and place, defendants Walmart and/or ABC Corp. so negligently owned, possessed, managed, repaired, supervised, maintained and controlled said premises, such that it was hazardous, dangerous and unsafe for shoppers and members of the public such as plaintiff, who was injured thereon.

5. As a direct and proximate result of the negligence and careless of defendants, Walmart and/or ABC Corp. 1-10, as aforesaid, did so negligently and carelessly, maintain, clean, keep safe the E. Windsor Walmart store premises, that plaintiff, Adrienne Fisher, was caused to sustain personal injuries, suffered and will suffer pain, did and will incur medical expenses, did and will require the care of medical personnel, was and will be unable to pursue the usual course of her occupation and/duties, all to her damage.

WHEREFORE, plaintiff, Adrienne Fisher, demands judgment against defendants Walmart and/or defendants ABC Corp. 1-10, said names being fictitious, jointly, severally or, in the alternative, in the amount of her damages together with interest and costs of suit.

THOMAS E. HOOD, PA
Attorney for plaintiff

## JURY DEMAND

Take Notice that the plaintiff does hereby demand a Trial by Jury of the above action pursuant to Rule 4:35-1.

THOMAS E. HOOD, ESQ.
Attorney for Plaintiff

## CERTIFICATION

I, THOMAS E. HOOD, ESQ., do hereby certify as follows:

1. I am an Attorney at Law of New Jersey and represent the plaintiff herein.

2. The matter in controversy is not the subject of any other action pending in any court or of a pending arbitration proceeding and no action or arbitration proceeding is presently contemplated.

3. To my knowledge, there is no other party who should be joined in this action at the present time.

I certify that the foregoing statements made by me are true. I am aware that if any of the aforesaid statements are willfully false, I am subject to punishment.

Dated: Jul 29, 2022

THOMAS E. HOOD, ESQ.
Attorney for Plaintiff

# Civil Case Information Statement

## Case Details: MIDDLESEX | Civil Part Docket# L-003204-22

Case Caption: FISHER ADRIENNE VS WALMART, INC.
Case Initiation Date: 06/30/2022
Attorney Name: THOMAS E HOOD
Firm Name: THOMAS E. HOOD
Address: 139 EAST SEVENTH STREET
PLAINFIELD NJ 07060
Phone: 9087577777
Name of Party: PLAINTIFF : FISHER, ADRIENNE
Name of Defendant's Primary Insurance Company (if known): None

Case Type: PERSONAL INJURY
Document Type: Complaint with Jury Demand
Jury Demand: YES - 6 JURORS
Is this a professional malpractice case? NO
Related cases pending: NO
If yes, list docket numbers:
Do you anticipate adding any parties (arising out of same transaction or occurrence)? NO
Does this case involve claims related to COVID-19? NO

Are sexual abuse claims alleged by: ADRIENNE FISHER? NO

### THE INFORMATION PROVIDED ON THIS FORM CANNOT BE INTRODUCED INTO EVIDENCE
CASE CHARACTERISTICS FOR PURPOSES OF DETERMINING IF CASE IS APPROPRIATE FOR MEDIATION

Do parties have a current, past, or recurrent relationship? NO

If yes, is that relationship:

Does the statute governing this case provide for payment of fees by the losing party? NO

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition:

Do you or your client need any disability accommodations? NO
If yes, please identify the requested accommodation:

Will an interpreter be needed? NO
If yes, for what language:

Please check off each applicable category: Putative Class Action? NO  Title 59? NO  Consumer Fraud? NO

I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b)

06/30/2022
Dated

/s/ THOMAS E HOOD
Signed